R # 283332

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   08-25103-BKC-
TAMARA GLENNETTE REYNOLDS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 1 3 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 16,469.39  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your  trustee
     has  made  a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or   the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $       .00    remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,   pursuant
to FRBP 3011,  of   the   names,   Claim   numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts   to  which  they  are
entitled.

     WHEREFORE,   your trustee hereby gives notice that  the above
stated  sum   has   been  deposited  with  the  Clerk  of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date: _____ NOV 1 2 2009 _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

TAMARA GLENNETTE REYNOLDS

14315 SW 106 CT
MIAMI, FL 33176

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

AMERICA'S SERVICING COMPANY
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D
DES MOINES, IA 50328

AMERICA'S SERVICING COMPANY
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D
DES MOINES, IA 50328

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   08-25103-BKC-
TAMARA GLENNETTE REYNOLDS


CHAPTER 13


TAMARA GLENNETTE REYNOLDS

14315 SW 106 CT
MIAMI, FL 33176


JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

AMERICA'S SERVICING COMPANY    ---------$      15,484.32
ATTN:BANKRUPTCY DEPT            **RETURNED FROM CREDITOR**
ONE HOME CAMPUS,MAC# X2501-01D  **BECAUSE CASE DISMISSED**
DES MOINES, IA 50328            **CLAIM REGISTER #___3___**

AMERICA'S SERVICING COMPANY    ---------$        985.07
ATTN:BANKRUPTCY DEPT            **RETURNED FROM CREDITOR**
ONE HOME CAMPUS,MAC# X2501-01D  **BECAUSE CASE DISMISSED**
DES MOINES, IA 50328            **CLAIM REGISTER #___3___**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130